# United States District Court

## WESTERN DISTRICT OF WASHINGTON

JACKIE L. MILLER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5402JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court REMANDS the Social Security Administration's final decision for further consideration with the additional direction that it be assigned to a different Administrative Law Judge.

December 5, 2008
Date

BRUCE RIFKIN
Clerk

s/CM Gonzalez
Deputy Clerk