UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACKIE MILLER,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. C08-5402JKA<br><br>ORDER FOR ATTORNEY'S FEES<br>PURSUANT TO 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,600.00 and expenses in the amount of $55.83, for a total of $5,655.83, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that costs in the amount of $373.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Attention Teal M. Parham, Springer, Norman, & Workman, P.O. Box 757, Longview, Washington 98632-7490.

///

///

Page 1     ORDER - [C08-5402JKA]

DATED this 2nd day of March, 2009.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov